NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRUCE UNGERLEIDER,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No.  2D17-2125
                                      )
TOWN SHORES OF GULFPORT #218,         )
INC., a condominium; RON KIDDER;      )
MARTHA MINTON; and JOHN DOES          )
I-X,                                  )
                                      )
            Appellees.                )
_____)

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Bruce Ungerleider, pro se.

David C. Borucke of Cole, Scott & Kissane,
P.A., Tampa, for Appellees.


PER CURIAM.


                    Affirmed.



LaROSE, C.J., and NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.